IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21241
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

                    versus

ARTHUR RAY LEVERTON,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CR-87-ALL
--------------------
August 29, 2002

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Arthur Ray Leverton appeals from his sentence following the revocation of his supervised release. Leverton argues that the district court committed reversible error by including in its written judgment special conditions of supervised release that were not orally pronounced at sentencing. In the alternative, Leverton argues that the district court unlawfully delegated to the probation officer the authority to determine Leverton's ability to

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pay the costs of his drug treatment.  We have recently rejected nearly identical arguments.  See <u>United States v. Warden</u>, 291 F.3d 363, 365-66 (5th Cir. 2002).

AFFIRMED.